# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| **HOLLY SUE DUNN** | Case Number:   **CR02-4035-001-MWB**<br>USM Number:   **02434-029** |
| | <u>**Priscilla Forsyth**</u><br>Defendant's Attorney |

## THE DEFENDANT:

■ admitted guilt to violation of condition(s) _____**listed below**_____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition | Indicted for Conspiracy to Distribute Methamphetamine | 04/20/06 |
| Standard Condition #5 | Failure to Maintain Employment | 08/01/05 |
| Standard Condition #7 | Use of Illegal Drugs - Methamphetamine | 11/18/04 |

The defendant is sentenced as provided in pages 2 through __**2**__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

__**November 6, 2007**__
Date of Imposition of Judgment

_____
Signature of Judge

__**Donald E. O'Brien, Senior U.S. District Court Judge**__
Name and Title of Judge

____November 8, 2007____
Date

DEFENDANT:          **Holly Sue Dunn**
CASE NUMBER:        **CR02-4035-001-MWB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :     **30 months.**

■   The court makes the following recommendations to the Bureau of Prisons:

**The defendant be designated to FMC Carswell, Texas, and be allowed to participate in the Bureau of Prisons' Faith Program.  In the event that she doesn't qualify for placement at FMC Carswell, it is recommended that she be designated to a facility in close proximity to her family in Sioux City, Iowa.**

■   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐ a.m.   ☐ p.m.   on _____

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____   to _____

a _____   with a certified copy of this judgment.

                                                            UNITED STATES MARSHAL

                                By _____
                                              DEPUTY UNITED STATES MARSHAL